IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

v.                          **CASE NO. 4:15-CR-00206-BSM**

**JAMES EDWARD WATSON, JR.**                                                 **DEFENDANT**

## ORDER

James Watson's motion to reduce his sentence [Doc. No. 90] is denied, and his motion for copies [Doc. No. 91] is granted in part and denied in part. The clerk is directed to send Watson a copy of the docket sheet.

    A.    <u>Motion to Reduce Sentence</u>

James Watson's motion to reduce his sentence is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce his sentencing range. *See* U.S.S.G. § 1B1.10(a)(2). This is true because the amendment merely reduces his criminal history points from 9 to 7, and therefore his criminal history category remains at level IV.

    B.    <u>Motion for Copies</u>

While Watson will be given a copy of the docket sheet at the government's expense, Watson's requests for free copies of the (1) pretrial transcript; (2) jury trial transcripts volumes 1 and 2; (3) sentencing transcript; and (4) surveillance video that was shown during his trial are denied because "access to materials such as a transcript is not constitutionally required under after judicial certification that access is required to decide issues presented

in a pending, non-frivolous case." *Chapman v. United States*, 55 F.3d 390, 391 (8th Cir. 1995) (per curiam) (citing *United States v. Losing*, 601 F.2d 351, 353 (8th Cir. 1979) (per curiam)).  Because Watson fails to provide judicial certification showing his need for the materials that he requests, free copies of those will not be given to him.

    IT IS SO ORDERED this 24th day of October, 2024.

                                                      UNITED STATES DISTRICT JUDGE